UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

## PAYMENT ADVICES COVER SHEET
in Accordance With 11 U.S.C. Sec. 521(a)(1)(B)(iv)

In re: FERNANDEZ FREDDY G

Debtor(s)

Case No. _____

Chapter: 7

Please Check the Appropriate Box.

**For Debtor:**

☐ Payment Advices are Attached.

- Number of Payment Advices Attached: _____
- Period Covered: _____ (If period covered is less than 60 days or 8 weeks, attach an explanation)
- Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition: _____

**For Joint Debtor, if applicable:**

☐ Payment Advices are Attached.

- Number of Payment Advices Attached: _____
- Period Covered: _____ (If period covered is less than 60 days or 8 weeks, attach an explanation)
- Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition: _____

---

**For Debtor:**

☐ No Payment Advices are Attached (the debtor had no income from any employer during the 60 Days Prior to Filing the Bankruptcy Petition).

☒ No Payment Advices are Attached for Some Other Reason. *(Attach an explanation)* See AFFIDAVIT

**For Joint Debtor, if applicable:**

☐ No Payment Advices are Attached (the debtor had no income from any employer during the 60 Days Prior to Filing the Bankruptcy Petition).

☐ No Payment Advices are Attached for Some Other Reason. *(Attach an explanation)*

I declare under penalty of perjury that I have read this Payment Advices Cover Sheet and the attached payment advices, consisting of _____ sheets, numbered 1 through _____, and that they are true and correct to the best of my knowledge, information and belief.

Signature of Debtor: *[signature]*    Date: 11/8/2010

Signature of Joint Debtor: _____    Date: _____

Payment Advices Cover Sheet 4/11/06    Deputy Clerk's Initials: _____

# AFFIDAVIT

I, FREDDY G. FERNANDEZ, being duly sworn depose and say:

1. I am an adult over the age of eighteen (18) years

2. I make this affidavit in support of a bankruptcy case filed by my preparer on November 8, 2010.

3. That I do not have copies of pay stubs for the 60 days prior to filing my petition because I am a self-employee. I receive 2000.00 per month.

This is all that I can certify to be true. I attest to this fact by affixing my signature below.

_____
FREDDY G. FERNANDEZ

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _08_ DAY OF _November 2010_
BY _Freddy Fernandez_
_____
NOTARY PUBLIC

BEN ATEHORTUA
Notary Public, State of New York
Registration # 01AT6050828
Qualified in Queens County
My Commission expires in 11/13/201