# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: <br>   Freddy G. Fernandez <br> Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: <br>   xxx−xx−8995 <br>               DEBTOR(s) | CASE NO: 1−10−50643−jbr <br><br> CHAPTER: 7 |

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- John S. Pereira (Trustee) is discharged as trustee of the estate of the above−named debtor(s).
- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Joel B. Rosenthal <br>
United States Bankruptcy Judge

Dated: April 1, 2011

**BLfnld7** [Final Decree rev 08/07/06]